Michael N. Cohen (Cal. Bar. No. 225348)
*mcohen@cohenip.com*
COHEN IP LAW GROUP, P.C.
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Tel: 310-288-4500
Fax: 310-246-9980

Attorney for Plaintiffs
Irene Blocksom, Ayane Ito, and
Natsumi Garcia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE BLOCKSOM, AYANE ITO, NATSUMI GARCIA<br><br>Plaintiffs,<br><br>vs.<br><br>H.I.S. INTERNATIONAL TOURS (NY) INC., a New York Corporation<br><br>Defendants. | CASE NO.: 2:17-cv-6202-JFW-AFM<br><br>[ASSIGNED TO JUDGE JOHN F. WALTER]<br><br>**PLAINTIFFS' NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, FOURTH, FIFTH, SIXTH AND ELEVENTH CAUSES OF ACTION PURSUANT TO FRCP RULE 12(B)(6)**<br><br>**Date: November 6, 2017**<br>**Time: 1: 30 P.M.**<br>**Place: Courtroom 7A**<br><br>Complaint Filed: July 18, 2017<br>(Los Angeles Superior Court) |

1

**TO DEFENDANT H.I.S. INTERNATIONAL TOURS (NY) INC. AND ITS ATTORNEYS OF RECORD:**

Pursuant to Local Rule 5-4.4.1, this Court's Standing Order and Rule 5(f), Plaintiffs Irene Blocksom, Ayane Ito, and Natsumi Garcia hereby lodges its [Proposed] Statement of Decision Regarding Defendant's Motion to Dismiss Plaintiffs' Second, Third, Fourth, Fifth, and Eleventh Causes of Action Pursuant to FRCP Rule 12(B)(6). Attached hereto as Exhibit A, is a true and correct copy of the [Proposed] Statement of Decision.

Dated: October 31, 2017

                                       */s/ Michael N. Cohen*
                                       Michael N. Cohen
                                       Cohen IP Law Group, P.C.
                                       Attorney for Plaintiffs